# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DANIEL J. MEANS, | |
| Plaintiff, | Case No. 2:24-cv-04314-JLG-KAJ |
| v. | Judge James L. Graham |
| HAMILTON CAPITAL MANAGEMENT, INC.; and CHARLES SCHWAB & CO., INC., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## ORDER DISMISSING DEFENDANT CHARLES SCHWAB & CO., INC. WITHOUT PREJUDICE AND WITHOUT COSTS

Before the Court is the Stipulation to Dismiss Defendant Charles Schwab & Co., Inc. Without Prejudice and Without Costs submitted by Plaintiff Daniel J. Means ("Plaintiff") and Defendant Charles Schwab & Co., Inc. ("Defendant"). In it, Plaintiff and Defendant request this Court grant their joint request to dismiss Defendant from this litigation without prejudice and without costs or fees being assessed to either party. For good cause shown and because no prejudice will result to any party as a result of this Stipulation, the Stipulation is **GRANTED** and Defendant is hereby dismissed from this litigation without prejudice and without costs or fees assessed to either party. Plaintiff's claims against Defendant Hamilton Capital Management, Inc. are NOT dismissed by this Order and remain ACTIVE in this pending litigation.

 IT IS SO ORDERED.

Date: March 20, 2025

_/s/_ James L. Graham
JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE